IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| DWAYNE TARPLEY, | ) |
| | ) Case No. 4:08CV00009 |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| VIRGINIA'S STATE GOVERNMENT, | ) |
| ET AL. | ) By: Jackson L. Kiser |
| | ) Senior United States District Judge |
| Defendants. | ) |

Before me is Plaintiff's *Motion for Default Judgment by Clerk* as to Defendant Virginia's State Government. The clerk is not authorized to enter a default judgment. Therefore, Plaintiff's Motion for Default Judgment by Clerk is hereby **DENIED**. The clerk is directed to send a copy of this *Order* to all counsel of record and Pro Se Plaintiff.

Entered this 7th day of August, 2008.

                                                              s/Jackson L. Kiser
                                                              Senior United States District Judge