IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| DWAYNE KESHUN TARPLEY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:08CV00009 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| VIRGINIA'S STATE GOVERNMENT, et al., | ) | By: Jackson L. Kiser |
| | ) | Senior United States District Judge |
| Defendants. | ) | |

Before me is Plaintiff Tarpley's *Motion for Summary Judgment* as to Defendant City of Danville. Also before me are Defendant City of Danville's *Motion to Dismiss* and Defendant Virginia State Government's *Motion to Vacate Default Judgment and Motion to Dismiss*. For the reasons given in the accompanying *Memorandum Opinion*, it is hereby **ORDERED** and **ADJUDGED** that:

1. Plaintiff's Motion for Summary Judgment is **DENIED**;

2. Defendant City of Danville's Motion to Dismiss is **GRANTED**; and

3. Defendant Virginia State Government's Motion to Vacate Default Judgment and Motion to Dismiss is **GRANTED**.

The Clerk is directed to send a copy of this *Order* and accompanying *Memorandum Opinion* to all counsel of record and *pro se* Plaintiff. The Clerk is also ordered to strike this case from the active docket of this court and dismiss all pending motions as moot.

Entered this 4th day of November, 2008.

                                                s/Jackson L. Kiser
                                                Senior United States District Judge